IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GRAY GROGAN | § | |
| VS. | § | CIVIL ACTION NO. 1:08cv239 |
| NATHANIEL QUARTERMAN | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The above-styled civil rights lawsuit was referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice as improvidently filed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  No objections to the Report and Recommendation were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment shall be entered dismissing this lawsuit.

**SIGNED** this the 20 day of **May, 2008.**


_____
Thad Heartfield
United States District Judge